CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 14 2007

JOHN F. CORCORAN, CLERK
BY: /s/ S. Taylor
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT M. KING, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:06CV00490 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | By: Samuel G. Wilson |
| Commissioner of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Michael F. Urbanski, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered reversing the decision of the Commissioner, and remanding the case to the Commissioner for complete vocational assessment at step five, including consideration of the evidence the ALJ requested, but apparently never received or considered. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. Accordingly, it is **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **REVERSED**, the case is **REMANDED** to the Commissioner for complete vocational assessment at step five, including consideration of the evidence the ALJ requested, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This September 14, 2007.

_____
UNITED STATES DISTRICT JUDGE